### CLYDE SMITH v. THE STATE.

#### No. 4561. Decided June 27, 1917.

Burglary—Statement of Facts—Bill of Exceptions.

In the absence of a statement of facts and bills of exceptions, objections to the charge of the court, to omissions and rejection of testimony, and the sufficiency of the evidence can not be considered on appeal.

Appeal from the District Court of Hill. Tried below before the Hon. Wharton B. Porter.

Appeal from a conviction of burglary; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—This conviction was for burglary. There are neither bills of exceptions nor statement of facts in this record. There are some complaints of the charge given; and special instructions refused; and also some allegations to the effect that the court erred in reference to omission and rejection of testimony. These matters are not covered by bills of exceptions and the charge, in the absence of a statement of facts, seems to be sufficient, at least applicable to a state of facts that may have arisen under the evidence introduced, as set forth in the allegations and indictment.

The judgment will be affirmed. *Affirmed.*